(April 3, 1980)

■ In the Matter of GENEVA JACKSON, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Order of the State Human Rights Appeal Board, dated March 6, 1979, unanimously confirmed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Sandler, Lupiano and Lynch, JJ.

